IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, James | Case Number: 05 B 04080 |
|---|---|---|
| | Smith, Diane | Judge: Squires, John H |
| | Printed: 7/22/08 | Filed: 2/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 27, 2008
          Confirmed: March 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 51,320.02 | |
| Secured: | | 15,520.61 |
| Unsecured: | | 14,889.09 |
| Priority: | | 13,236.99 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 2,419.31 |
| Other Funds: | | 2,360.02 |
| Totals: | 51,320.02 | 51,320.02 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Internal Revenue Service | Secured | 1,200.00 | 1,200.00 |
| 3. | Triad Financial Services | Secured | 14,320.61 | 14,320.61 |
| 4. | Internal Revenue Service | Priority | 13,236.99 | 13,236.99 |
| 5. | RoundUp Funding LLC | Unsecured | 348.23 | 911.37 |
| 6. | Cartronix | Unsecured | 37.40 | 97.87 |
| 7. | RoundUp Funding LLC | Unsecured | 136.41 | 357.02 |
| 8. | Nuvell Financial Services | Unsecured | 1,123.21 | 2,939.72 |
| 9. | Village Of Olympia Fields | Unsecured | 531.50 | 1,391.08 |
| 10. | Educational Credit Management Corp | Unsecured | 307.76 | 805.47 |
| 11. | Internal Revenue Service | Unsecured | 3,126.15 | 8,181.90 |
| 12. | Capital One | Unsecured | 78.20 | 204.66 |
| 13. | Great Seneca | Unsecured | | No Claim Filed |
| 14. | AT&T Wireless | Unsecured | | No Claim Filed |
| 15. | Cellular One | Unsecured | | No Claim Filed |
| 16. | Matteson Police Dept | Unsecured | | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 18. | Village of Hazel Crest | Unsecured | | No Claim Filed |
| 19. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| 20. | Cross Country Bank | Unsecured | | No Claim Filed |
| 21. | Village of Richton Park | Unsecured | | No Claim Filed |
| 22. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,340.46 | $ 46,540.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, James<br>Smith, Diane<br>Printed: 7/22/08 | Case Number: 05 B 04080<br>Judge: Squires, John H<br>Filed: 2/8/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 195.13 |
| 3% | 131.79 |
| 5.5% | 655.84 |
| 5% | 219.66 |
| 4.8% | 361.49 |
| 5.4% | 855.40 |
| | _____ |
| | $ 2,419.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

